THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| GARTH-ORIAN STRINGER,<br><br>Petitioner,<br><br>v.<br><br>STEVE LABRUM; and CAMERON M. BEECH,<br><br>Respondents. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:25-CV-826-RJS<br><br>District Judge Robert J. Shelby |

On February 4, 2026, this Court ordered Petitioner to "SHOW CAUSE within thirty days why this federal habeas petition should not be dismissed under the exhaustion and abstention doctrines."[1]  Petitioner has not responded, nor has he been heard from since he filed the Amended Petition on October 15, 2025--five months ago.[2]  Indeed, the Order to Show Cause was returned to sender, marked, "Individual not in facility . . . UNABLE TO FORWARD."[3]

**IT IS THEREFORE ORDERED** as follows: **(1)** the Amended Petition is **DISMISSED**[4] without prejudice for failure prosecute and to respond to the Order to Show Cause, and **(2)** a certificate of appealability is **DENIED**.

---

[1] Dkt. 3, *Order to Show Cause*.

[2] Dkt. 2, *Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241*.

[3] Dkt. 4-1, *Envelope*.

[4] Dkt. 2.

DATED this 16th day of March 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge